STATE OF NORTH CAROLINA v. WILLIE (PHILL LEON) WILSON

No. 6915SC540

(Filed 17 December 1969)

APPEAL by defendant from *Thornburg, S.J.,* 4 August 1969 Session, ORANGE County Superior Court.

The defendant was charged in a proper bill of indictment with the felony of breaking and entering a dwelling house and in a second count with the felony of larceny of various items of personal property after having feloniously broken into a dwelling house.

The defendant in open court, in person, and through his attorney entered a plea of guilty to the felony of breaking and entering. From the imposition of a sentence of three years in the State Prison, the defendant entered an appeal to this Court.

*Attorney General Robert Morgan and Staff Attorney Jacob L. Safron, for the State.*

*Roy Cole, for defendant appellant.*

CAMPBELL, J.

The attorney for the defendant quite frankly states that he "is unable to find error that would compel reversing this and sending it back to Superior Court."

We have reviewed the record, and the record supports the entry of the order by the trial judge to the effect that the defendant freely, understandingly and voluntarily entered his plea of guilty, and there is no error appearing on the face of the record.

Affirmed.

PARKER and GRAHAM, JJ., concur.